IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHASE MANHATTAN MORTGAGE
CORPORATION
        PLAINTIFF,

-vs-

GRAZIANO T. LICAVOLI, KIMBERLY A.
LICAVOLI.
        DEFENDANTS

NO. 04 C 0178

Judge Wayne R. Andersen

This is an attempt to collect a debt and any
information obtained shall be used for that purpose.

## MOTION FOR JUDGMENT

Now comes Plaintiff by and through its attorneys, Fisher and Shapiro, LLC and pursuant to 735 ILCS

5/15-1506 moves for a judgment of foreclosure and sale.

Respectfully submitted,

Chase Manhattan Mortgage Corporation

S/Randal Scott Berg

Randal Scott Berg Bar Number 6277119
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062
Telephone: (847) 770-4348
Fax: (847) 291-3434
E-Mail: rberg@fisherandshapiro.com